**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 15-CR-20671-MOORE

UNITED STATES OF AMERICA,

vs.

JEROME JONATHAN LAWSON III,

    Defendant.

_____/

### REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Jerome Jonathan Lawson III (ECF No. 78). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for a telephonic status conference (ECF No. 79).

A status conference was conducted on May 21, 2021, for the purpose of scheduling an evidentiary hearing. Defendant, through counsel, indicated that he may be admitting the violations and sought additional time to discuss resolution with the probation officer. A subsequent hearing was set for June 4, 2021, for the purpose of scheduling an evidentiary hearing, should one be required.

On June 2, 2021, Defendant filed a Waiver of Supervised Release Violation Hearing and Admission to Violation Number 5. In the filing, signed by Defendant Lawson, Defendant admits the allegation that forms the basis of Violation Number 5 of the Superseding Petition, which charges that he unlawfully possessed or used a controlled substance, in that he submitted a urine specimen that tested positive for the presence of marijuana. The Waiver represents that the probation officer will seek dismissal of the remaining charged Violations.

Accordingly, and upon Defendant's admission and waiver, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt on Violation Number 5 of the Superseding Petition, find him guilty of the Supervised Release Violation as charged, and set the matter for final revocation hearing.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 3rd day of June, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record
      USPO Yamilee Sanchez