**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 15-20671-CR-MOORE

UNITED STATES OF AMERICA

v.

JEROME JONATHAN LAWSON III,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

**THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required by law with respect to any violations of Supervised Release as to Defendant, Jerome Jonathan Lawson III (ECF No. 96). Upon referral from District Court Judge K. Michael Moore, the matter was set for status hearing, which was first conducted on September 30, 2022 (ECF No. 99). Further status conferences were held on both October 14, 2022, and October 28, 2022. The October 28, 2022 status hearing was attended by counsel for the Government, counsel for Defendant, and Defendant's U.S. Probation Officer.

The Petition alleges three violations by Defendant of the conditions of his supervised release. All three violations allege a failure to refrain from violation of law, and relate to offenses allegedly committed on August 25, 2022, and resulting in charges filed against Defendant in state court in Miami-Dade County, Florida.

At the hearing on October 28, 2022, counsel for the Government proffered that the state had dismissed the charges relating to the violations of law that form the basis of the violations alleged in the Petition, and after reviewing evidence provided by the Defense, the Government does not believe that evidence exists sufficient to prove the alleged violations.

1

Defendant's U.S. Probation Officer concurred and represented that it was his intention to seek dismissal of the violations alleged in the Petition.

Accordingly, it is the **RECOMMENDATION** of the undersigned, on the representation of the Government that it has concluded that it cannot prove the violations alleged in the Petition, that the Court **DISMISS** the Violations charged as Nos. 1–3 of the Petition (ECF No. 91).

The parties will have **seven (7) calendar days**[1] from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 28th day of October, 2022.

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable K. Michael Moore
    Counsel of record

---

[1] The period for objections is shortened as all parties have agreed to the relief recommended herein.